

## NUMBER 13-09-00614-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**AMANDA LYNN WOODARD,**                                                                 **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                 **Appellee.**

---

### On appeal from the 36th District Court
### of Aransas County, Texas.

---

### MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Benavides
### Memorandum Opinion Per Curiam

Appellant, Amanda Lynn Woodard, by and through her attorney, has filed a motion

to withdraw her appeal because she no longer desires to prosecute it.  *See* TEX. R. APP.

P. 42.2(a).  Without passing on the merits of the case, we grant the motion to withdraw the

appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.  *See* Tᴇx. R. Aᴘᴘ. P. 47.2(b).

Delivered and filed the 25th
day of February, 2010.